IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MD MURSALIN,

    Petitioner,

v.   No. 1:25-cv-00681-MIS-JMR

GEORGE DEDOS, Warden, Torrance County
Detention Facility, MARISA FLORES, Acting
Field Office Director, El Paso Field Office,
U.S. Immigration and Customs Enforcement,
TODD LYONS, Acting Director of Immigration
and Customs Enforcement, KRISTI NOEM
Secretary of the U.S. Department of Homeland
Security, and PAMELA JO BONDI, Attorney
General of the United States,

    Respondents.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order entered contemporaneously herewith, the Court hereby issues its separate judgment finally disposing of this civil case.

 

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE